**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

|  |  |
|---|---|
| U.S. BANK, N.A., AS TRUSTEE FOR BEAR STEARNS ARM TRUSTEE 2004-6,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ANDREW WASIAK, and/or Occupants 1-5,<br><br>　　　Defendants. | 2:11-cv-01380-ECR-CWH<br><br><br><br>**Order** |

　　　Plaintiff filed its complaint in the Justice Court, Las Vegas Township, Clark County, Nevada on June 17, 2011 against Defendant for unlawful detainer. On August 25, 2011, Defendant removed the action to this Court, alleging that "[t]he subject of this lawsuit is a mortgage loan to Defendant in the amount of $672,000.00" and that complete diversity exists between the parties.

　　　On September 26, 2011, Plaintiff filed a Motion to Remand (#6), arguing that while the parties may be citizens of different states, the amount in controversy in this action does not exceed $75,000.00. Plaintiff's complaint (Not. of Removal Ex. 1 (#1)) alleges that Plaintiff is the owner of real property which was sold at a foreclosure sale on April 18, 2011. Plaintiff claims that despite repeated demands, Defendant has failed to vacate the premises, and Plaintiff seeks restitution for reasonable rent since June 9, 2011,

when Plaintiff served Defendant with a Notice to Quit, possession of the premises, a temporary writ of restitution, fees and costs.

Defendant filed an opposition (#8) on October 13, 2011, stating that Defendant filed a complaint in federal court for wrongful foreclosure and fraud (2:11-cv-01190)[1].  Defendant argues that because he is seeking to set aside a foreclosure sale for property purchased for more than $600,000.00, the amount in controversy requirement is met.  However, Plaintiff's complaint seeks only restitution for rent and possession of the premises.  Because Plaintiff's complaint seeks damages that do not exceed $75,000.00, the action must be remanded.

Furthermore, the notice of removal was defective for an additional reason.  Defendant is a citizen of Nevada, and 28 U.S.C. § 1441(b)(2) provides that a citizen of the state in which the action is brought may not remove the action to federal court. See also Spencer v. U.S. Dist. Court for the N. Dist. of Cal., 393 F.3d 867, 870 (9th Cir. 2004).

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's Motion to Remand (#6) is **GRANTED**.  The action is **REMANDED** to the Justice Court, Las Vegas Township, Clark County, Nevada.

DATED: April 12, 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

---

[1] Defendant's action for wrongful foreclosure was dismissed with prejudice for failure to state a claim under Rule 12(b)(6) on March 29, 2012.

2